# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN GRAY,** | : |
| | : |
| **Plaintiff** | : CIVIL ACTION NO. 3:13-CV-1232 |
| | : |
| **v.** | : |
| | :   (JUDGE MANNION) |
| **ALLSTATE INDEMNITY COMPANY,** | : |
| | : |
| **Defendant** | : |

## ORDER

Based on the foregoing Memorandum**, IT IS HEREBY ORDERED THAT:**

**1.** Defendant Allstate Indemnity Company's Motion for Summary Judgment **(Doc. 30)** is **DENIED** with respect to plaintiff's breach of contract claim.

**2.** Defendant Allstate Indemnity Company's Motion for Summary Judgment **(Doc. 30)** is **GRANTED** with respect to plaintiff's bad faith claim**.**

**3.**  A separate trial scheduling order will be issued.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 23, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1232-01-ORDER.wpd